**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DAVID CLAUDE MOORE, JR.,                                          PLAINTIFF
ADC #160626

v.                              No. 4:15CV00525-JLH-JTK

RANDALL EOFF, et al.                                            DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and

Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute.

The relief sought is denied.

IT IS SO ADJUDGED this 1st day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE